

# NUMBER 13-26-00233-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE RANDALL BOLIVAR

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña, and West**
**Memorandum Opinion by Justice Peña[1]**

By pro se petition for writ of mandamus, relator Randall Bolivar asserts that the trial court "has refused to perform the ministerial duties of setting, hearing, and ruling" on pending matters.[2]

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

[2] This original proceeding arises from trial court cause number 2021-DCL-05478 in the 357th District Court of Cameron County, Texas. By memorandum opinions issued this same date, we have addressed other petitions for writs of mandamus arising from this same trial court cause number. *See In re Vasquez*, No. 13-26-00044-CV, 2026 WL _____, at *_ (Tex. App.—Corpus Christi–Edinburg Apr. _, 2026,

"Mandamus relief is an extraordinary remedy available only on a showing that (1) the trial court clearly abused its discretion and (2) the party seeking relief lacks an adequate remedy on appeal." *In re Ill. Nat'l Ins.*, 685 S.W.3d 826, 834 (Tex. 2024) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker*, 827 S.W.2d at 840. In addition to other requirements for the contents of a petition for writ of mandamus, the relator must provide an appendix and record sufficient to support the claim for relief. *See generally* TEX. R. APP. P. 52.3, 52.7(a).

The Court, having examined and fully considered the petition for writ of mandamus, the applicable law, and the limited record provided, is of the opinion that relator has not met his burden to obtain relief. Accordingly, we deny the petition for writ of mandamus.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
23rd day of April, 2026.

---

orig. proceeding) (mem. op.); *In re Bolivar*, No. 13-26-00188-CV, 2026 WL _____, at *_ (Tex. App.—Corpus Christi–Edinburg Apr. _, 2026, orig. proceeding) (mem. op.).